IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

ROGER L. GRIFFITH, )
)
       Plaintiff, )
)
vs )  CIVIL ACTION NO. 98-BU-0293-NW
)
TENNESSEE VALLEY AUTHORITY, )
et al, )
)
       Respondents. )

**MEMORANDUM OF OPINION**

    The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, the objections of the plaintiff, and the defendant's response to the plaintiff's objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

    In accord with the recommendation, the defendants' motion for summary judgment on both the failure-to-select claim and the constructive discharge claim is due to be granted and this action dismissed. Any other relief requested by the defendants is due to be denied as moot. An appropriate order will be entered.

    DONE this 9th day of January, 2001.

                                          _____
                                          H. DEAN BUTTRAM, JR.,
                                          UNITED STATES DISTRICT JUDGE